Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Erica Karnes,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case Number: 22-cv-2253-CSB-EIL |
| ) | |
| **Kankakee Hospitality LLC** ) | |
| ) | |
| **Defendant.** ) | |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered. The above captioned case is remanded back to 21st Judicial Circuit Court of Kankakee County, IL.

   **IT IS ORDERED AND ADJUDGED**

**Dated: May 29, 2024**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court